IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HAK Y.,[1] | : | |
| | : | Case No. 2:23-CV-1307 |
| **Plaintiff,** | : | |
| | : | Chief Judge Algenon L. Marbley |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter is before this Court on the Magistrate Judge's May 24, 2024 Report and Recommendation ("R&R") recommending that this Court affirm the Commissioner of Social Security's non-disability determination and overrule Plaintiff's Statement of Errors. (ECF No. 12). Plaintiff filed her Disability Insurance Benefits ("DIB") application on March 23, 2018, alleging that she became disabled on November 8, 2017. (ECF No. 1). The ALJ held a telephonic hearing on December 8, 2021, at which Plaintiff waived her right to appear, but Plaintiff's counsel and a vocational expert were present. (*Id.*). On December 31, 2021, the ALJ ruled denying Plaintiff's disability claims. (*Id.*). This ruling became final when the Appeals Council denied Plaintiff's request for review on February 15, 2023. (*Id.*).

Plaintiff sought judicial review from this Court, alleging two errors in the ALJ's determination. The Magistrate Judge has reviewed Plaintiff's Statement of Specific Errors and has produced an R&R. This Court has reviewed the R&R. (ECF No. 12). Noting that no objections to

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts should refer to plaintiffs only by their first names and last initials due to significant privacy concerns in social security cases. *See also* S.D. Ohio General Rule 22-01.

the R&R are present and that the time for filing such objections under Fed R. Civ. P 72(b) has expired, this Court adopts the R&R (ECF No. 12) as this Court's findings of facts and law. This matter is **DISMISSED**.

    **IT IS SO ORDERED.**

                                                            **ALGENON L. MARBLEY**
                                                            **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July \_\_\_, 2024**